

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_CARL BROWN_

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV1451**
**JUDGE LEINENWEBER**
**MAG. JUDGE KEYS**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

_Tom Dart, Warden_
_Sheriff, Cook County Jail,_
_County of Cook,_
_Chief of Security,_
_Cook County Jail_
_Illinois Department of_
_Corrections - States_
_ville, Il. Juliet, Warden_

_Three - Unknown officers_
_Statesville Corr._

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

\_\_\_     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

\_\_\_     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: Carl Brown

   B.  List all aliases: _____

   C.  Prisoner identification number: R-65150

   D.  Place of present confinement: Vandalia Corr. Center

   E.  Address: P.O. Box 500, Vandalia IL, 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: Tom Dart

       Title: Warden - Sheriff Cook County

       Place of Employment: 2600 South California - CCJ

   B.  Defendant: County of Cook, State IL

       Title: Cook County Board

       Place of Employment: _____

   C.  Defendant: Roger E. Walker Jr.

       Title: Director Illinois Dept. Corr.

       Place of Employment: 1301 Concordia Court, Springfield

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D.

DEFENDANT: Chief of Security
TITLE: Security Cook County Jail
Place of Employment: 2600 S. California Ave, Cook County Jail.

E. DEFENDANT: Three Unknown officers Stateville, Corr. Center

TITLE: The officers who work Recieving.

Place of Employment: P.O. Box 212 Joliet, IL.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _NONE_
   _NONE_

B. Approximate date of filing lawsuit: _NONE_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_
   _NONE_
   _NONE_

D. List all defendants: _NONE_
   _NONE_
   _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F. Name of judge to whom case was assigned: _NONE_
   _NONE_

G. Basic claim made: _NONE_
   _NONE_
   _NONE_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_
   _NONE_
   _NONE_

I. Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff was arrested on a charge of Aggravated Arson – 3yrs, date of arrest, July 18, 2007, Maywood, IL 60153. After Bond Hearing, the Plaintiff was transferred to the Cook County Jail, processed, given number, and placed for Housing. But before being placed in Div 5 Housing Unit, the Plaintiff was stripped searched – Visual Body Cavity Search, the Plaintiff was told to go into a hallway with about 60 other Pre-Trial Detainees. Eight Sheriff Officers performed the Searches, which all Detainees were told to take off all there Clothing, stand Naked, then asked to; Open Your Mouth, Wiggle Your Hands, Bend Over Run Hands Threw Hair, Turn Around Face Wall, lift

4                                                                                                        Revised 9/2007

feet, detainees are asked to bend forward at the waist and simultaneously spread your buttocks allowing the officers to view the opening to see you a concealing contraband; the detainees are asked to perform these asks in order of the officers, and if you don't get it right per order of C/O's, like all detainees cough at the same time, once the oral with your forehead against the wall, or any manner in which the officers see fit, you do it over + over again so as they say to go get it right.

II

Plaintiff was sent the the Illinois Dept of Corrections on September 28, 2007, and was placed in Receiving - I, cell 212, and was

process given a number, and waited until I was transferred to Vandalia Correctional Center. On Oct. 11, 2007 Plaintiff was transferred Vandalia Correctional, But Upon Transfer the Plaintiff was subject to a visual Body Cavity Search, which you take all your clothes off, Raise your Feet - Bottoms Left - Right Open Mouth, Finger threw Hair Bend - Over Spread Buttocks, so the Officer can visualy inspect you, All of this was performed before Plaintiff was put on a Bus. Plaintiff stay at Statesville Receiving (two weeks) was confined to a Cell 24 Hours a day for 14 days, No contact with the out side world, No visits, All Movement of accompanyed by Statesville Correctional Officers. It's about Eight officers performing the function, But One officer a Each station, Eight stations.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$20,100. Dollars in Compensatory Damages for Each Defendant, and Punitive Damages in the Amount of $15,100 Dollars for Each Defendant, or Nominal Damages in the Amount of $200.00 Dollars for Each Defendant.

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of Feb., 20 08

Carl Brown

Carl Brown    Carl Brown
(Signature of plaintiff or plaintiffs)

Carl Brown
(Print name)

R-65150
(I.D. Number)

P.O. Box 500
Vandalia, IL. 62471
(Address)