**PRISONER CASE**  



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
MAR 11 2008
Mar 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CARL BROWN

**Defendant(s):** TOM DART, etc., et al.

**County of Residence:** JOHNSON

**County of Residence:**

**Plaintiff's Address:**
Carl Brown
R-65150
Vandalia - VAN
P.O. Box 500
Vandalia, IL 61471

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV1451**
**JUDGE LEINENWEBER**
**MAG. JUDGE KEYS**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** *Q. E. Woodham*   **Date:** 03/11/2008