FILED
MAR 1 1 2008
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CARL BROWN
Plaintiff

v.

Tom Dart
Sheriff / Warden et al
Defendant(s)

08CV1451
JUDGE LEINENWEBER
MAG. JUDGE KEYS

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, CARL BROWN, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # R65150   Name of prison or jail: Vandalia Corr. Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $15.00 monthly

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A
   N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                              ☐Yes   ☒No
      Amount  N/A        Received by  N/A

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount N/A Received by N/A

c. ☐ Rent payments, ☐ interest or ☐ dividends N/A ☐Yes ☒No
Amount N/A Received by N/A

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount N/A Received by N/A

e. ☐ Gifts or ☐ inheritances N/A ☐Yes ☒No
Amount N/A Received by N/A

f. ☐Any other sources (state source: N/A ) ☐Yes ☒No
Amount N/A Received by N/A

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: N/A
In whose name held: N/A Relationship to you: N/A

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: N/A Current Value: N/A
In whose name held: N/A Relationship to you: N/A

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: N/A
Type of property: N/A Current value: N/A
In whose name held: N/A Relationship to you: N/A
Amount of monthly mortgage or loan payments: N/A
Name of person making payments: N/A

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: N/A
Current value: N/A
In whose name held: N/A Relationship to you:

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
NINE
NoNE

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __2/6/08__    __Carl Brown__
                     Signature of Applicant

                     __CARL BROWN__
                     (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Carl Brown__, I.D.# __R65150__, has the sum of $ __2.53__ on account to his/her credit at (name of institution) __Vandalia Corr. Center__ I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

__7/11/08__                        __Melinda Winters__
DATE                               SIGNATURE OF AUTHORIZED OFFICER

                                   __Melinda Winters__
                                   (Print name)

rev. 10/10/2007

Date: 1/29/2008  
Time: 7:28am  
d_list_inmate_trans_statement_composite

**Vandalia Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 07/01/2007 thru End;   Inmate: R65150;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** R65150 Brown, Carl      **Housing Unit:** VAN-I -01-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/14/07 | Payroll | 20 Payroll Adjustment | 318163 | | P/R month of 10/2007 | 7.08 | 7.08 |
| 11/29/07 | Point of Sale | 60 Commissary | 333731 | 484262 | Commissary | -4.08 | 3.00 |
| 12/06/07 | Mail Room | 01 MO/Checks (Not Held) | 340282 | 57269173445 | Brown, J. | 50.00 | 53.00 |
| 12/13/07 | Point of Sale | 60 Commissary | 347720 | 486031 | Commissary | -41.94 | 11.06 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347163 | | P/R month of 11/2007 | 15.00 | 26.06 |
| 12/20/07 | Point of Sale | 60 Commissary | 354720 | 487274 | Commissary | -20.39 | 5.67 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 | | P/R month of 12/2007 | 12.00 | 17.67 |
| 01/17/08 | Point of Sale | 60 Commissary | 017720 | 489760 | Commissary | -13.08 | 4.59 |
| 01/24/08 | Point of Sale | 60 Commissary | 024731 | 490474 | Commissary | -2.01 | 2.58 |

|  |  |
|---|---|
| Total Inmate Funds: | 2.58 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 2.58 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |