

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

APR 2 1 2008 *aew*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

APR 21 2008

_Carl Brown_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Tom Dart, Warden_
_Sheriff, Cook County_
_Jail, Director of_
_Cook County Jail,_

_Chief of Security_
_Cook County Jail_

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

_O8C-1451_

Case No: _HONORABLE: Judge_
_LEINEN WEBER_
(To be supplied by the <u>Clerk of this Court</u>)
_MAGISTRATE Judge:_
_Keys_

**CHECK ONE ONLY:**              <u>**AMENDED COMPLAINT**</u>

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: _Carl Brown_

    B.    List all aliases: _N/A_

    C.    Prisoner identification number: _R-65150_

    D.    Place of present confinement: _Vandalia Correctional Center_

    E.    Address: _P.O. Box 500, Vandalia, IL. 62471_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Tom Dart_

        Title: _Warden-Sheriff, Cook County Jail_

        Place of Employment: _2600 South California Ave_

    B.    Defendant: _Director Cook County Jail_

        Title: _Director_

        Place of Employment: _2600 South California, Ave._

    C.    Defendant: _Chief of Security Cook County Jail_

        Title: _Security Chief_

        Place of Employment: _2600 South California, Ave Cook County Jail._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____ *NONE* _____
_____ *NONE* _____

B.    Approximate date of filing lawsuit: _____ *NONE* _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ *NONE* _____
_____ *NONE* _____

D.    List all defendants: _____ *NONE* _____
_____ *NONE* _____
_____ *NONE* _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *NONE* _____

F.    Name of judge to whom case was assigned: _____ *NONE* _____

G.    Basic claim made: _____ *NONE* _____
_____ *NONE* _____
_____ *NONE* _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *NONE* _____
_____ *NONE* _____
_____ *NONE* _____

I.    Approximate date of disposition: _____ *NONE* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff was arrested on the charge of aggravated Arson - was sentenced to 3yrs I.D.o.C, Date of Arrest, July 18, 2007, Maywood Il, 60153.

After bond hearing, the Plaintiff was transferred to the Cook County Jail 2600 South California, Chicago Il, Was processed given An Institution Number, and to be Placed in a housing Unit Within the Jail.

1. The Plaintiff was told to go into a Hallway by one of the Jail officers, With About of 60 more Pre-Trial Detainees, and Eight other officers also came in to the Hallway. At this point the officers

4

Revised 9/2007

Demanded that all PRETRIAL DET
ANEES — Remove all of there
clothing, Standing Naked within
the Tunnel — hallway, You are
Told to OPEN your mouth, and a
officer's looks, then your Gums and
the officer looks, lift your PENIS in
the front and the officer looks,
     Bend over and the NEEDS a run
or Rub your fingers threw your Hair,
Turn and face the wall, wiggle your
Hands, then lift your feet, left
then Right, Next Step back from
the wall Bend-over grab your
Buttocks Spread them and every
Body Has to cough at the Same
Time if not you keep doing these
Acts til the officers feel it
done to theirs Satisfication.

Revised 9/2007

the Acts of the defendants; the Cook County Jail; Tom Dart, Ward et als. en, Visually Strip Search-Pre-Trial Detainees upon Entry into the Jail. Violates the 4th Amendment Rights, and fourteenth Rights under the United States Constitution. U.S.C.A. 4th, 14ths

In Craft v. County of San Bernardino, 468 F.Supp.2d 1172 (C.D. Cal. 2006); the SBSD's Policy of subjecting individuals to Strip and or Visual body cavity Searches, A Blanket policy without individualized sus picion - Classification Class-two Type Pre-Arraignment; The Court Stated that the Balancing test in, Bell v. Wolfish, 441 U.S. 520, 559, 99 S.Ct. 1861, 60 L.Ed 2d 447 (1979); The test of Reasonbleness under the 4th Amendment is not capable of precise definition or Mechanical

5

Application..... In Thompson v. County of Cook, 412 f.supp$^{2d}$ 881 (N.D.Ill 2005); this very argument that the Plaintiff alleges in the instant cause, was raised herein. It stated that the strip search, body cavity search was a blanket policy of all incoming detainees at the Jail and the Cook County officials failed to use individualized suspicion and made no distinction Between misdeamor or felony charge, and Thompson charge was civil comtempt. And the 7th Cir Court stated in a case involving misdeamor arrestees, "We can think of few exercises of authority by the state that intrude on the citizen's privacy and dignity as severely as the visual and anal genital searches here, Mary Beth G. v. City of Chicago, 723 f.2d, 263, 1272 (7th Cir. 1983) and rather than being conducted in private as was the

6

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Case in Mary Beth G. — Thompson was searched in full view of dozens of other detainees, not to mention a significant number of Jail guards. And in Calvin v. Sheriff of Will County, 405 F.Supp.2d 933, (N.D. Ill. 2005), the Court stated; Under the fourth Amendment, a penal institution must Establish a sufficient Justification for initiating an invasive Search that includes visual inspection of the anal and genital Areas. U.S.C.A. Const. Amend. 4. and the Court cited; Tinetti v. Wittke, 620 F.2d 160 (7th Cir. 1980) the Seventh Circuit affirmed the District Court's Holding, 479 F.Supp 486 (E.D. Wis 1979) that a blanket Policy of Strip Searching

Revised 9/2007

people charged with a non-misdemeanor traffic violation without probable cause to believe that she was concealing weapons or contraband on her body was a violation of the plaintiff's rights under the fourth, fifth, and fourteenth Amendments of the U.S. Constitution.

And BYNUM v. District of Columbia, 412 F. Supp. 2d 73 (D.DC 2006), 384 F. Supp. 2d 342, 1983 class action challenging Departments policy of conducting suspicionless strip searches of inmates declared releasable after court appearances, and challenging release over-detention, the court approved the proposed settlement. the plaintiff states a cause of action pursuant to the foing case laws and in Young v. Cook County Jail 2006, case still pending in the Honorable Judge Kennelly presiding.

8

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$30,000 Dollars in Compensatory Damages for Each Defendant, and Punitive Damages in the Amount of $15,000 Dollars Each Defendant.

**VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of **4** _____, 20 /08

_Carl Brown_
(Signature of plaintiff or plaintiffs)

CARL BROWN
(Print name)

R-65150
(I.D. Number)

P.O. Box 500
Vandalia, Illinois, 62471
(Address)

6