UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1451 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| TOM DART, WARDEN SHERIFF, COOK | ) | |
| COUNTY JAIL, DIRECTOR OF COOK | ) | Magistrate Judge Keys |
| COUNTY JAIL, CHIEF OF SECURITY COOK | ) | |
| COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Salvador Godinez through his attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Assistant State's Attorney PATRICK SMITH, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That the Defendant in this matter is represented by the Office of the Cook County State's Attorney.

2. That the Office of the Cook County State's Attorney has just received the case, and the undersigned attorney will file an appearance instanter.

3. That certain documents have been requested and will not be received for 21 days.

4. That undersigned counsel respectfully requests 45 days to prepare an appropriate answer or other pleading on behalf of said defendant.

**WHEREFORE YOUR DEFENDANT PRAYS:**

1. That this Honorable Court grant an enlargement of time, at least 45 days, or until September 15, 2008 for the defendant to answer or otherwise plead;

2. That this Honorable Court grants any other relief it deems just.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Patrick S. Smith
Patrick Smith
Assistant State's Attorney
Torts/Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, Il 60602
(312) 603-2388