## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CARL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1451 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| TOM DART, WARDEN SHERIFF, COOK | ) | |
| COUNTY JAIL, DIRECTOR OF COOK | ) | Magistrate Judge Keys |
| COUNTY JAIL, CHIEF OF SECURITY COOK | ) | |
| COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Carl Brown
     R-65150
     Vandalia – VAN
     P.O. Box 500
     Vandalia, IL 61471

PLEASE TAKE NOTICE that on August 7, 2008 at 9:30 a.m., I shall appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Extension of Time to Answer or Otherwise Plead.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Patrick S. Smith
    Patrick S. Smith
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-2388

CERTIFICATE OF SERVICE

    I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on July 30, 2008 at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                                        /s/ Patrick S. Smith
                                                        Patrick S. Smith