# U.S. DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of:<br>Carl Brown v. Director of Security. | Case Number:<br>08 CV 1451 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  Director of the Cook County Department of Corrections Salvador Godinez

NAME (Type or print)
**Francis J. Catania**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
**s/  Francis J. Catania ARDC # 6203188**

FIRM:  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS:    RICHARD J. DALEY CENTER, 50 W Washington Street, Room 500

CITY/STATE/ZIP:    CHICAGO ILLINOIS 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6203188 | TELEPHONE NUMBER<br>(312) 603-6572 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          [ **X** ] YES          [   ] NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          [   ] YES          [ **X** ] NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          [ **X** ] YES          [   ] NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT
AS THE TRIAL ATTORNEY?          [ **X** ]YES          [   ] NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
        [   ] RETAINED COUNSEL                              [   ] APPOINTED COUNSEL